C. YONG JEONG, ESQ. (SBN 255244)
    jeong@jeonglikens.com
AMY J. CHOE, ESQ. (SBN 299870)
    amy.choe@jeonglikens.com
RYAN N. OSTROWSKI, ESQ. (SBN 305293)
    ryan.ostrowski@jeonglikens.com
JEONG & LIKENS, L.C.
1055 W. 7TH Street, Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorneys for Plaintiff, UNICOLORS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>10 SPOT OF KEARNY LLC d/b/a MADRAG CLOTHING and 10 SPOT PLUS., a New Jersey Corporation; AMICI ACCESSORIES, LTD., New York Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:16-cv-05242-ODW(GJSx)<br><br>**DECLARATION OF CHAN YONG JEONG IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>DATE:  February 27, 2017<br>TIME:  1:30 p.m.<br>COURTROOM: 5D, First Street Courthouse |

1
**DECLARATION OF CHAN YONG JEONG**

I, Chan Yong Jeong, declare:

1. I have personal knowledge of each fact stated in this declaration. If called upon to testify thereto as a witness, I can and will testify.

2. I am an attorney licensed and in good standing in the State of California, and my firm represents Plaintiff UNICOLORS, INC. ("Plaintiff" or "UNICOLORS, INC.").

3. This declaration is submitted in support of Plaintiff's Motion for leave to file the [Proposed] First Amended Complaint ("FAC").

4. Counsels for the Plaintiff and Defendant, AMICI ACCESSORIES, LTD. had a meet and confer conference discussing the issues underlying this motion pursuant to Local Rule 7-3 on or about January 5, 2017.

5. The FAC seeks to add CHARLOTTE RUSSE, INC. as a Defendant.

6. While conducting discovery and investigating the matter, Plaintiff learned of the existence of an additional party, CHARLOTTE RUSSE, INC. ("Charlotte Russe"), that played a role in the unauthorized manufacture, reproduction, distribution, and/or sale of the Subject Design. Charlotte Russe is a retailer and/or vendor that sold garments bearing Plaintiff's copyrighted design.

7. Defendants sold garments bearing UNICOLORS'S copyrighted design. The proposed First Amended Complaint alleges that each defendant accessed and copied Plaintiff's copyrighted design without Plaintiff's permission, had the right and ability to supervise such infringement, and had a direct financial interest in the infringing product. The First Amended Complaint further alleges that each defendant knowingly induced, participated in, aided and abetted in and resultantly profited from the sale of products featuring Plaintiff's design. These allegations against the defendants are based on

receipts, invoices, and other documents showing the defendants' sale or purchase of products featuring Plaintiff's design. *See* Exhibits to [Proposed] Plaintiff's First Amended Complaint (Exhibit 1).

8. Initially, UNICOLORS, INC. was unaware that retailer/vendor CHARLOTTE RUSSE, INC. was selling garments bearing its design. It is only just that UNICOLORS, INC., is given the opportunity to add these additional defendants to protect its interests as the design's copyright holder.

9. Allowing UNICOLORS, INC. to add all the Defendants identified as infringers aids judicial economy as well, because it avoids burdening the court with lawsuits brought against individual infringing defendants.

10. Further, in its July 15, 2016 Complaint, UNICOLORS, INC. reserved the right to seek amendment of the Complaint once it discovered additional entities that have infringed upon or contributed to the infringement of UNICOLORS, INC. copyrighted design. Dkt No. 1. And in its Rule 26(f) Joint Report filed on October 19, 2016, UNICOLORS, INC. stated that it would seek a motion to amend the Complaint. Dkt No. 20. Finally, the instant motion to amend the Complaint is filed within the time limits that this Court set on October 25, 2016. Dkt No. 21. UNICOLORS, INC. has acted in good faith at all times.

11. Discovery is still in its nascent stages, where no depositions took place and the discovery cut-off remains open until September 5, 2017, and the motion cut-off is on October 16, 2017. Thus, newly added defendants will have ample opportunity to conduct discovery and participate in important proceedings.

12. AMICI ACCESSORIES LTD'S disclosure of documents pursuant to propounded discovery requests by UNICOLORS, INC. show that CHARLOTTE RUSSE, INC. been purchasing and selling products bearing

UNICOLORS INC.'S copyrighted design. This lends support to allegations that each defendant infringed upon UNICOLORS INC.'S copyright, vicariously infringed upon the copyright, or contributed to the infringement. Further discovery from these defendants will reveal additional evidence that will prove UNICOLORS INC.'S allegations.

13. On December 15, 2016, Plaintiff asked Defendants, through their counsel to stipulate to Plaintiff's filing of a first amended complaint substituting CHARLOTTE RUSSE, INC. as a Doe Defendant.

14. During the aforementioned Rule 7-3 conference held on or about January 5, 2017, Plaintiff asked Defendants, through their counsel to stipulate to Plaintiff's filing of a first amended complaint substituting CHARLOTTE RUSSE, INC. as a Doe Defendant.  Plaintiff notified Defendant's counsel that there was evidence indicating that CHARLOTTE RUSSE, INC. had been involved in the infringement at issue in their case and that their inclusion would be necessary in order for UNICOLORS, INC. to be fully compensated for the infringement of its copyright.

15. Defendant's counsel informed Plaintiff that AMICI ACCESSORIES, LTD. will not stipulate to the addition of CHARLOTTE RUSSE, INC., on the basis AMICI ACCESSORIES, LTD. believes the Statute of Limitation as to CHARLOTTE RUSSE, INC. has run.  AMICI ACCESSORIES, LTD. failed to give any reason to justify this reasoning.  Specifically, AMICI ACCESSORIES, LTD. failed to provide any date to which they are asserting UNICOLORS, INC. should have been on notice of CHARLOTTE RUSSE, INC.'s involvement in the infringement at issue in this present matter prior to UNICOLORS, INC. receiving notice of CHARLOTTE RUSSE, INC.'s involvement in approximately December 2016, which is when AMICI

ACCESSORIES, LTD. served their first set of responses to UNICOLORS, INC.'s propounded discovery requests.

16. I am an attorney with about nine (9) years' experience litigating complex civil cases, including numerous intellectual property matters, and I have been licensed to practice law in California since 2008. I am also the managing partner of Jeong & Likens L.C., where I specialize in business and copyright litigation. I graduated from Loyola Law School, where I served as senior articles editor of the Loyola International Law Review, and published an article with the said law review. I have also served as a legal advisor to major business associations, and worked as a legal manager for International Business Operations of Hyundai Motor Company. I believe my $500.00 per hour fee to be reasonable and warranted given my experience in business law and civil litigation. This fee is typical of, and comparable to, other attorneys' rates who litigate civil cases in the Los Angeles area.

17. I spent 5 hours researching and drafting the instant motion. I anticipate to spend an additional 1.5 hours reviewing and analyzing Defendants' opposition, as well as 3 hours researching and drafting the reply. I also expect to spend an additional 3.5 hours preparing for and attending the hearing on the instant motion.

18. Therefore, I respectfully request $6,500 in time wasted preparing this motion ($ 500/hour x 13 hours). Furthermore, UNICOLORS INC. respectfully requests that the Court grant the instant Motion to Amend Complaint.

19. Accordingly, UNICOLORS INC. respectfully requests that the Court grant the instant Motion to Amend Complaint.

*Under penalty of perjury under the laws of the State of California, I declare that the foregoing is true and correct.*

Executed in Los Angeles, California, on January 19, 2017.

                             */s/C. Yong Jeong*
                             C. Yong Jeong
                             **JEONG & LIKENS, L.C.**
                             Attorneys for Plaintiff,
                             UNICOLORS, INC.