1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11

UNICOLORS, INC., a California
Corporation;

Plaintiff,

vs.

10 SPOT OF KEARNY LLC d/b/a
MADRAG CLOTHING and 10
SPOT PLUS., a New Jersey
Corporation; AMICI ACCESSORIES,
LTD., New York
Corporation; and DOES 1 through 10,
inclusive,

Defendant.

Case No.: 2:16-cv-05242-ODW(GJSx)

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO AMEND
COMPLAINT**

*Honorable Otis D. Wright II, Presiding*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   In accordance with Fed R. Civ. P. 15(a)(2), this Court hereby grants

2   Plaintiff's Motion to Amend Complaint.  Accordingly, Plaintiff may file its

3   Proposed First Amended Complaint to add CHARLOTTE RUSSE, INC as a

4   Defendant.

5   Additionally, this Court issues monetary sanctions against Defendant AMICI

6   ACCESSORIES, INC., in the amount of $6,500, as a result of the attorney's fees

7   Plaintiff necessarily incurred with respect to its Motion to Amend Complaint.

8

9

10   **IT IS SO ORDERED.**

11

12   Dated:

13   _____
     The Honorable Otis D. Wright II
14   United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28