# EXHIBIT A

TM1397 NEW.tif
Not actual size, 60% of actual size



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VA 1-770-396

**Effective date of registration:**
February 14, 2011

45

## Title
**Title of Work:** Ethnic: TM1361, TM1362,CTM1363,TM1364,TM1370,TM1372,TM1373,TM1378,TM1379,CTM1385, TM1393,TM1397,TM1400,TM1410,TM1415,TM1416,TM1432 Geo: TM1355,TM1356,TM1365,TMl368,TM1375,TM1386,TM1388 Conversation:TM1347,TM1369

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** December 31, 2010

## Author
**Author:** UNICOLORS, INC. AKA UNICOLORS STUDIO
**Author Created:** 2-Dimensional artwork
**Work made for hire:** Yes
**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** UNICOLORS, INC. AKA UNICOLORS STUDIO
3251 E. 26th STREET, Los Angeles, CA, 90058

## Certification
**Name:** NADER PAZIRANDEH
**Date:** January 19, 2011

Page 1 of 1

© 2015 MOD2 INC.

# EXHIBIT C







**Federal Trade Commission**
Protecting America's Consumers

### Detail Information

| | |
|---|---|
| **RN Type:** | RN |
| **RN Number:** | 97878 |
| **Legal Name:** | AMICI ACCESSORIES LTD |
| **Company Name:** | AMICI ACCESSORIES LTD |
| **Business Type:** | WHOLESALER |
| **Address Line 1:** | 39 WEST 37TH STREET |
| **Address Line 2:** | 2ND FLOOR |
| **City:** | NEW YORK |
| **State Code:** | NY |
| **Zip:** | 10018 |
| **Phone:** | 212-268 5570 Ext: |
| **Fax:** | 212-268 1064 |
| **Product Line:** | LADIES ACCESSORIES |