**O**

# United States District Court
# Central District of California

| | |
|---|---|
| UNICOLORS, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>AMICI ACCESSORIES LTD.;<br>CHARLOTTE RUSSE, INC; and DOES 1<br>through 10, inclusive,<br><br>             Defendants. | Case No. 2:16-CV-05242-ODW(GJS)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///

In light of the Notice of Settlement (ECF No. 35), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by July 27, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 22, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**